**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7040**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JIMMIE LEE SWANN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Richard L. Voorhees, Chief District Judge. (CR-89-140, CA-95-9-1-V)

———————

Submitted: September 11, 1997      Decided: September 18, 1997

———————

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jimmie Lee Swann, Appellant Pro Se. Jerry Wayne Miller, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Swann, Nos. CR-89-140; CA-95-9-1-V (W.D.N.C. Apr. 24, 1996). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2